## IN THE SUPREME COURT OF THE STATE OF NEVADA

TIM WILSON, P.E., IN HIS OFFICIAL
CAPACITY AS ACTING NEVADA
STATE ENGINEER; AND DIVISION OF
WATER RESOURCES, DEPARTMENT
OF CONSERVATION,

              Appellants,

        vs.

BAKER RANCHES INC., A NEVADA
CORPORATION,

              Respondent.

No. 79352

**FILED**

SEP 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Steve L. Dobrescu, District Judge
       Attorney General/Carson City
       Leonard Law, PC
       White Pine County Clerk

19·39609